UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:23-cv-01501-WWB-RMN

JOSHUA CACHO, a Florida resident,

    Plaintiff,

        v.

HONEST TAX, LLC, a Nevada Limited
Liability Company,

    Defendant.

_____/

## NOTICE OF MEDIATOR SELECTION

Defendant, Honest Tax, LLC, hereby provides notice that the parties have selected the following mediator to conduct a mediation in this action:

Steve Mayans, Esq.
Mayans Mediation & Arbitration
823 North Olive Avenue
West Palm Beach, Florida 33401
(561) 832-9128
smayans@mayanslaw.com

Respectfully submitted,

By: /s/ Evan D. Appell_____
Evan D. Appell
Florida Bar No. 58146
Evan D. Appell, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 337-5858
evan@edalegal.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all parties who are deemed to have consented to electronic service and served the Plaintiff via e-mail at jcacho1848@gmail.com.

By: /s/ Evan D. Appell<br>
Evan D. Appell